**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

NEOPOST
05/21/2021
US POSTAGE $000.51⁰

FIRST-CLASS MAIL



ZIP 08608
041M11292220

RECEIVED
JUN 0 4 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

14-471:

JESSE KORFF #60154-018
S.H.U FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 1032
COLEMAN, FL 33521

33521$1032 REF
08608>1500

NIXIE    339   DE 1         0005/29/21
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 08608150020    *0451-01870-21-40

**Orders on Motions**

3:14-cr-00471-AET USA v. KORFF **CASE CLOSED on 02/20/2015**

CLOSED,COVID19

# U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/21/2021 at 10:40 AM EDT and filed on 5/20/2021
**Case Name:**     USA v. KORFF
**Case Number:**   3:14-cr-00471-AET
**Filer:**
**Document Number:** 24

**Docket Text:**
**ORDER denying [19] LETTER MOTION for Reduction of Sentence First Step Act 18 USC 3582 (c)(1)(A). The Clerk is directed to send a copy of the transcript to Defendant when a transcript of the Court's Opinion is filed. Signed by Judge Anne E. Thompson on 05/20/2021. (jdb)**

**3:14-cr-00471-AET-1 Notice has been electronically mailed to:**

DAVID A. HOLMAN     david_holman@fd.org, nj_ecf@fd.org

KENDALL RENEE RANDOLPH     kendall.randolph@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**3:14-cr-00471-AET-1 Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/21/2021] [FileNumber=14970565-0] [6d9c010acef562ac3b7e5c07368786fa3dbc3cd1ba061a2f6f44a1dc0ab15a5ce7d9fa1a865066eb3aa7987e78b8b6b995e773447e88d2cb31cd08f426d8b8a8]]

NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Cr. No. 14-471 |
| JESSE WILLIAM KORFF, | **ORDER** |
| Defendant. | |

THOMPSON, U.S.D.J.

For the reasons stated on the record by the Court on May 20, 2021,

IT IS, on this 20th day of May, 2021,

ORDERED that the Motion for Compassionate Release under the First Step Act filed by Defendant Jesse William Korff ("Defendant") (ECF No. 19) is DENIED; and it is further

ORDERED that, when a transcript of the Court's Opinion is filed, the Clerk of the Court shall send a copy of the transcript to Defendant by regular U.S. mail, with all costs advanced by the United States.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.