PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jesse William Korff                    Cr.: 14-00471-001
                                                                              PACTS #: 359095

Name of Sentencing Judicial Officer:    THE HONORABLE ANNE E. THOMPSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/18/2015

Original Offense:   Counts One through Five: Transfer and Possession of a Toxin for Use as a Weapon, 18 U.S.C § 175(a), all Class A Felonies
Counts Six through Ten: Smuggling Toxins from the United States, 18 U.S.C. § 554(a), all Class C Felonies
Count Eleven: Conspiracy to Kill, Maim, or Injure a Person in a Foreign Country, 18 U.S.C. § 956(a)(1), a Class A Felony

Original Sentence: 110 months imprisonment on each of counts 1 – 11 to run concurrently, 5 Years supervised release on counts 1 -5 and 11, and 3 years on each of counts 6 – 10, all such terms to run concurrently.

Special Conditions: Financial Disclosure, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment, No New Debt/Credit, Gang Restriction Court Ordered, Computer/Internet Restrictions

Type of Supervision: Supervised Release                     Date Supervision Commenced: 12/06/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

     1               The individual under supervision has violated the mandatory supervision condition which states, "**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.**"

U.S. Probation Officer Action:

On December 6, 2021, Jesse William Korff commenced his term of supervised release in the Middle District of Florida. Throughout his term of supervised release, Mr. Korff has not complied with the condition prohibiting the use of narcotics.

On March 4, 2025, during a random community contact, United States Probation Officer William Delgadillo observed Mr. Korff displaying signs of impairment. Mr. Korff was instructed to present himself in the Probation office in the Middle District of Florida.

On March 5, 2025, Mr. Korff reported as instructed and in conversation admitted to consuming an unknown substance, which he believed was a Percocet pill. Mr. Korff explained his illicit drug use is related to an accident he had at his newly acquired job. On this same date, Mr. Korff submitted to a urinary analysis which yielded positive for fentanyl and was confirmed positive by Abbott Laboratory on March 19, 2025.

The probation office in the Middle District of Florida will monitor Mr. Korff's drug use through increased drug testing and unannounced community contacts. The Probation office in the Middle District of Florida gave Mr. Korff a verbal reprimand and reinstructed him on his conditions of supervised release to restrict his behavior and further noncompliance. As an intervention, Mr. Korff was referred to TLS Consulting for individual substance use disorder treatment.

The Middle District of Florida respectfully recommends that no action be taken at this time. They also request that our district initiate Transfer of Jurisdiction to the Middle District of Florida, so that they can handle any further non-compliance expeditiously.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

for

By:   PATRICK HATTERSLEY
      Supervising U.S. Probation Officer

/ bio
PREPARED BY:

_Bernalise I. Ogando_
BERNALISE I. OGANDO          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time and Transfer of Jurisdiction out to MD/FL to be initiated (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/9/2025
Date